# **EXHIBIT 1**

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Arizona

Case Number: 2:20-CV-00852-GMS

Plaintiff:
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

vs.

Defendant:
LOGISTICARE SOLUTIONS LLC and HUMAN CAPITAL MANAGEMENT INC. dba HCM STAFFING

For:
EEOC - AZ
3300 N Central Ave
Suite 690
Phoenix, AZ 85012

Received by HOT SHOT DELIVERY INC. on the 10th day of August, 2020 at 1:47 pm to be served on **Human Capital Management Inc dba HCM Staffing, C/O CT Corporation System, Statutory Agent, 3800 N Central Ave #460, Phoenix, AZ 85012.**

I, Christopher Turnage Badge no. MC-8160, being duly sworn, depose and say that on the **10th day of August, 2020** at **2:58 pm**, I:

**PERSONALLY:** served by delivering a true copy of the **Application for Entry of Default, Affidavit in Support of Application for Entry of Default, Clerk's Entry of Default** with the date and hour of service endorsed thereon by me to: **Maria Martinez as Clerk for CT Corporation**, Statutory Agent for **Human Capital Management Inc dba HCM Staffing** at the address of: **3800 N Central Ave Suite 460, Phoenix, Az 85012** and informed said person of the contents therein in compliance with state statutes and stating to me at the time of service that he/she is authorized to accept service of process.

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

Subscribed and Sworn to before me on the 11th day of August, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

KATRINA PRENTICE
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission # 559437
Expires February 26, 2023

Christopher Turnage Badge no. MC-8160
Licensed Process Server

HOT SHOT DELIVERY INC.
236 East Pima Street
Suite 106
Phoenix, AZ 85004
(602) 277-4747

Our Job Serial Number: DEK-2020001856

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n