Mary Jo O'Neill, AZ Bar No. 005924
James P. Driscoll-MacEachron, AZ Bar No. 027828
Gina E. Carrillo, AZ Bar No. 030579
Michael Baskind, AZ Bar No. 030810
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Phoenix District Office**
3300 North Central Ave., Suite 690
Telephone: (602) 661-0013
Fax: (602) 640-5071
Email:   mary.oneill@eeoc.gov
         james.driscoll-maceachron@eeoc.gov
         gina.carrillo@eeoc.gov
         michael.baskind@eeoc.gov

Attorneys for Plaintiff

L. Eric Dowell, SBN 011458
Andrew B. Levin, SBN 035762
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750
eric.dowell@ogletree.com
andrew.levin@ogletree.com

Attorneys for Defendant LogistiCare Solutions, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, <br><br> Plaintiff, <br><br> vs. <br><br> LogistiCare Solutions, LLC and Human Capital Management, Inc. d/b/a HCM Staffing, <br><br>                    Defendants. | Case No.: 2:20-cv-00852-GMS <br><br> **JOINT MOTION TO ENTER CONSENT DECREE** |

Plaintiff EEOC and Defendant LogistiCare Solutions, LLC jointly move this Court to enter and approve the Consent Decree that has been lodged on this date. The parties stipulate that this Consent Decree is fair, reasonable, and equitable and does not violate the law or public policy

RESPECTFULLY SUBMITTED this 28th day of April, 2021

MARY JO O'NEILL
Regional Attorney

JAMES DRISCOLL-MACEACHRON
Supervising Trial Attorney

*/s/ Gina E. Carrillo*
GINA E. CARRILLO
Trial Attorney

MICHAEL BASKIND
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012

Attorneys for Plaintiff

*/s/ Andrew Levin (with permission)*
Andrew Levin

Ogletree Deakins
2415 East Camelback Road, Ste. 800
Phoenix, Arizona 85016

Attorney for Defendant